# ELECTRONIC RECORD

**206-15**

COA #14-13-00337-CR

STYLE: Jamie Alberto Ibarra v The State of Texas

COA DISPOSITION: Affirmed

DATE: January 22, 2015   Publish: Yes

OFFENSE: Aggravated Assault

COUNTY: Harris

TRIAL COURT: 174th District Court

TC CASE #: 1287084

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Jamie Alberto Ibarra v The State of Texas

CCA # _____

___APPELLANT'S___ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_Refused_

DATE: _June 17, 2015_

JUDGE: _Pc_

CCA Disposition: **206-15**

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

-------------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**